UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH FOLEY and MELISSA FOLEY<br>Individually and as Personal Representatives of<br>The Estate of JOSEPH PARKER FOLEY,<br>  Plaintiffs<br><br>VS.<br><br>JOHN BLAKE and DUXBURY PUBLIC<br>SCHOOLS,<br>  Defendants | C.A. NO. 1:21-CV-10615-ADB |

### PLAINTIFF IN COUNTERCLAIM, JOHN BLAKE'S, DISMISSAL OF COUNTERCLAIM

Now comes the defendant, John Blake, in the above numbered cause and as plaintiff in counterclaim pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure does dismiss the counterclaim filed against the plaintiffs prior to a responsive pleading or filing or a motion for summary judgment.

By his attorney

/s/ *Kevin J. Reddington*

Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, MA 02301
(508) 583-4280
BBO #414160

## CERTIFICATE OF SERVICE

I, Kevin J. Reddington, Esq., Attorney for the Defendant, John Blake, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 17, 2021.

PLAINTIFF IN COUNTERCLAIM, JOHN BLAKE'S, DISMISSAL OF COUNTERCLAIM

/s/Kevin J. Reddington, Esq.