UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH FOLEY and MELISSA FOLEY, Individually and as Personal Representatives of the Estate of JOSEPH PARKER FOLEY,     Plaintiffs, <br><br> vs. <br><br> JOHN BLAKE and DUXBURY PUBLIC SCHOOLS,     Defendants. | ) ) ) ) ) ) ) ) ) ) )     C.A. No. 1:21-CV-10615-ADB |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant, Duxbury Public Schools, in the above-captioned matter.

                          The Defendant,

                          DUXBURY PUBLIC SCHOOLS,

                          By its Attorneys,

                          **PIERCE DAVIS & PERRITANO LLP**

                          */s/ Justin L. Amos*

                          _____
                          John J. Davis, BBO #115890
                          Justin L. Amos, BBO #697232
                          10 Post Office Square, Suite 1100N
                          Boston, MA 02109
                          (617) 350-0950
                          jamos@piercedavis.com

Dated: August 9, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on August 9, 2021.

                              */s/ Justin L. Amos*
                              _____
                              Justin L. Amos, Esq.