UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH FOLEY and MELISSA FOLEY Individually and as Personal Representatives of The Estate of JOSEPH PARKER FOLEY,<br>        Plaintiffs<br><br>VS.<br><br>JOHN BLAKE and DUXBURY PUBLIC SCHOOLS,<br>        Defendants | C.A. NO. 1:21-CV-10615-ADB |

## DEFENDANT, JOHN BLAKE'S REQUEST TO APPEAR VIA ZOOM FOR STATUS CONFERENCE

Now comes Kevin J. Reddington, Esq., counsel for Defendant, John Blake in the above captioned matter and moves this Court for permission to attend the May 10, 2022 at 3:30 p.m. Status Hearing via Zoom instead of In Person.

In support of the within motion counsel states that he has been ordered to begin the trial of Commonwealth vs. Seth Cook in Barnstable District Court on May 9, 2022. It is anticipated that the Cook trial will take approximately 2-3 days to reach jury verdict. A copy of the docket sheet is annexed hereto and incorporated herein by reference.

Wherefore it is requested that counsel be allowed to appear via Zoom. In the event this request is denied counsel would have to file a Motion to Continue.

John Blake,
By his attorney

/s/
Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, MA 02301
(508) 583-4280
BBO #414160
kevinreddington@msn.com

# 1425CR002726 Commonwealth vs. Cook, Seth

- Case Type:
- Criminal
- Case Status:
- Open
- File Date
- 09/17/2014
- DCM Track:
- 
- Initiating Action:
- INDECENT A&B ON CHILD UNDER 14 c265 §13B
- Status Date:
- 08/12/2021
- Case Judge:
- 
- Next Event:
- 05/09/2022

| All Information | Party | Charge | Event | Docket | Disposition |

## Events

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 12/10/2014 09:00 AM | Legacy Conversion Session | | Arraignment | Unknown Conversion |
| 09/01/2015 09:00 AM | Legacy Conversion Session | | Motion Hearing (CR) | Unknown Conversion |
| 12/28/2015 09:00 AM | Main Session | | Motion Hearing (CR) | Event Continued |
| 03/04/2016 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Held - Motion allowed |
| 05/20/2016 09:00 AM | Criminal Main Session | | Pretrial Hearing | Event Continued |
| 07/20/2016 09:00 AM | Criminal Main Session | | Pretrial Hearing | Held |
| 09/19/2016 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Event Continued |
| 10/11/2016 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Event Continued |
| 11/08/2016 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Event Continued |
| 01/06/2017 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Held - Motion allowed |
| 01/20/2017 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Brought Forward |
| 03/20/2017 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Held - under advisement |
| 05/17/2017 09:00 AM | Criminal Main Session | | Pretrial Hearing | Event Continued |
| 07/18/2017 09:00 AM | Criminal Main Session | | Pretrial Hearing | Event Continued |
| 09/25/2017 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Reschedule of Hearing |
| 11/21/2017 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Not Held |
| 02/08/2018 09:00 AM | Criminal Main Session | | Pretrial Hearing | Held |
| 04/05/2018 12:50 PM | Criminal Main Session | | Motion Hearing (CR) | Held - Motion allowed |
| 04/20/2018 09:00 AM | Criminal Main Session | | Hearing to Review Status | Review Completed |
| 06/18/2018 09:00 AM | Criminal Main Session | | Hearing to Review Status | Reschedule of Hearing |
| 07/13/2018 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Reschedule of Hearing |
| 10/23/2018 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Not Held |
| 01/25/2019 09:00 AM | Criminal Main Session | | Hearing to Review Status | Review Completed |
| 03/21/2019 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Reschedule of Hearing |
| 04/25/2019 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Held - Motion allowed |
| 05/06/2019 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Held as scheduled |
| 06/25/2019 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Reschedule of Hearing |

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 08/01/2019 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Held as scheduled |
| 10/18/2019 09:00 AM | Criminal Main Session | | Hearing to Review Status | Defendant defaulted-FI to Appear |
| 10/21/2019 02:00 PM | Criminal Main Session | | Hearing to Review Status | Review Completed |
| 03/26/2020 09:00 AM | Criminal Main Session | | Jury Trial (CR) | Not Held |
| 06/24/2020 09:00 AM | Criminal Main Session | | Jury Trial (CR) | Rescheduled-Covid-19 emergency |
| 09/09/2020 09:00 AM | Criminal Main Session | | Jury Trial (CR) | Event Cancelled |
| 09/09/2020 09:00 AM | Criminal Main Session | | Hearing to Review Status | Reschedule of Hearing |
| 11/20/2020 09:00 AM | Criminal Main Session | | Hearing to Review Status | Reschedule of Hearing |
| 01/12/2021 09:00 AM | Criminal Main Session | | Hearing to Review Status | Review Completed |
| 04/01/2021 09:00 AM | Criminal Main Session | | Trial Readiness Conference | Held - JT Assign - Covid - Non-Custody |
| 06/21/2021 09:00 AM | Criminal Main Session | | Jury Trial (CR) | Reschedule of Hearing |
| 01/13/2022 09:00 AM | Criminal Main Session | | Motion Hearing (CR) | Held - Motion allowed |
| 01/24/2022 09:00 AM | Criminal Main Session | | Jury Trial (CR) | Reschedule of Hearing |
| 05/09/2022 09:00 AM | Criminal Main Session | | Jury Trial (CR) | |

## CERTIFICATE OF SERVICE

I, Kevin J. Reddington, Esq., hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on May 4, 2022.

**DEFENDANT, JOHN BLAKE'S REQUEST TO APPEAR VIA ZOOM FOR STATUS CONFERENCE**

*/s/ Kevin J. Reddington*

------------------------------------------
Kevin J. Reddington, Esq.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186